Submitted on record and briefs May 23, sentence vacated; remanded for
resentencing; otherwise affirmed June 22, 2005

STATE OF OREGON,
*Respondent,*

*v.*

ABELARDO CASTRO FUENTES,
*Appellant.*

99C-56344; A121506

114 P3d 542

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief
Defender, and Susan F. Drake, Senior Deputy Public
Defender, Office of Public Defense Services, filed the brief for
appellant.

Hardy Myers, Attorney General, Mary H. Williams,
Solicitor General, and Christina M. Hutchins, filed the brief
for respondent.

Before Landau, Presiding Judge, and Brewer, Chief
Judge,* and Armstrong, Judge.

PER CURIAM

---

* Brewer, C. J., *vice* Ceniceros, S. J.

**PER CURIAM**

Defendant was convicted of felony assault in the fourth degree and interfering with making a report. The trial court imposed a durational departure sentence based on findings of persistent involvement in similar offenses and a "total disregard for the law." On appeal, defendant argues that the sentence is unlawful because it is based on facts not admitted or found by a jury, in violation of *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004). The state concedes that, in light of our decision in *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), defendant is correct. We accept the concession.

Sentence vacated; remanded for resentencing; otherwise affirmed.